■ JOAN GRABOWSKI, Individually and as Executrix of STANLEY GRABOWSKI, Deceased, Plaintiff, v CITY CENTRE DEVELOPMENT COMPANY OF BUFFALO, L.P., et al., Defendants, and ROCHESTER INSULATED GLASS, INC., Third-Party Plaintiff-Respondent. CLAYTON B. OBERSHEIMER, INC., Third-Party Defendant-Appellant. (Appeal No. 2.) [709 NYS2d 459] —Judgment unanimously affirmed without costs. Same Memorandum as in *Grabowski v City Centre Dev. Co.* (272 AD2d 868 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Flaherty, J.—Negligence.) Present—Hayes, J. P., Hurlbutt, Scudder and Kehoe, JJ.